IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON PIERRE EUBANKS,        :
                               :
            Petitioner,        :
                               :
     v.                        :     1:20-cr-15-1
                               :     1:25-cv-160
UNITED STATES OF AMERICA,      :
                               :
            Respondent.        :

### ORDER

This matter is before the court for review of the Order and Recommendation and Order ("Recommendation") filed on March 12, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 24). The Recommendation was served on the parties in this action on March 12, 2025. (Doc. 25.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 24), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the § 2255 forms if he can state a proper claim for relief.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 12th day of May, 2025.

                                          /s/ William L. Osteen, Jr.
                                         United States District Judge

- 2 -

Case 1:20-cr-00015-WO   Document 26   Filed 05/12/25   Page 2 of 2